◈GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  7:19-CR-00044-001  (WLS) |
| **CURTIS SUTTON JR** | |

Curtis Sutton, Jr. has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Curtis Sutton, Jr. be discharged from supervision.

Respectfully submitted,

*/s/ William J. Lee*

William J. Lee
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this __30th__ day of __March__, 2023.

*/s/ W. Louis Sands*

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE